UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CSX TRANSPORTATION, INC.

          Plaintiff,

v.

HIGH, WIDE & HEAVY, INC.

          Defendant.

Civil Action
No. 1:13-cv-01957-CMA-MJW

## ORDER

This Court, upon consideration of Plaintiff CSX Transportation, Inc.'s Motion for Substituted Service of Process, orders as follows:

1. Plaintiff's Motion for Substituted Service of Process (docket no. 9) is GRANTED.

2. Plaintiff shall deliver a copy of its Summons and Complaint by certified U.S. mail, return receipt requested, along with a copy of this Order, to High Wide & Heavy, Inc., 86 SW Century Drive, #201, Bend, Oregon 97702. Service on Defendant shall be deemed complete upon the date of delivery to High Wide & Heavy, Inc., as evidence by the return receipt for that mailing.

IT IS SO ORDERED this 12TH day of September, 2013.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO